IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA MENJIVAR, | No. C 06-03086 SI |
| Plaintiff, | **ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| TROPHY PROPERTIES IV DE, LLC, et al., | |
| Defendants. | |

In light of defendants' stated desire to withdraw and later re-file their motion to dismiss and motion to strike plaintiff's complaint, defendants' motion to dismiss and motion to strike are WITHDRAWN and the hearing currently scheduled for August 11, 2006, is VACATED (Docket Nos. 19, 20). Should defendants re-file either motion, the Court would like to hear those motions at the same time as it hears plaintiff's motion for a preliminary injunction. The parties are therefore encouraged to meet and confer to agree on a mutually agreeable date for a hearing on all three motions.

**IT IS SO ORDERED.**

Dated: August 3, 2006

SUSAN ILLSTON
United States District Judge