IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA MENJIVAR, | No. C 06-03086 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| TROPHY PROPERTIES IV DE, LLC, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 15, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 15, 2007.

DESIGNATION OF EXPERTS: 5/4/07; REBUTTAL: 5/25/07.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 15, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by June 22, 2007;

Opp. Due July 6, 2007; Reply Due July 13, 2007;

and set for hearing no later than July 27, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 4, 2007 at 3:30 PM.

JURY TRIAL DATE: September 10, 2007 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court ordered plaintiff to let the defendant inspect her property in order to determine if there is a fire hazard or not.

The Court will rule on the motion re: Lis Pendens or set a further briefing schedule.

This case shall be referred to the Court's Mediation program. The mediation session shall occur between November 27th and December 8th, 2006.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/11/06

SUSAN ILLSTON
United States District Judge