IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA MENJIVAR, | No. C 06-03086 SI |
| Plaintiff, | **ORDER** |
| v. | |
| TROPHY PROPERTIES IV DE, LLC, et al., | |
| Defendant. | |

Defendants filed an *ex parte* application for order expunging lis pendens on August 29, 2006. Plaintiff filed a memorandum in opposition to defendants' application on September 6, 2006. The Court will consider defendants' application together with defendants' motions to dismiss and strike, currently scheduled for hearing on September 22, 2006.

**IT IS SO ORDERED.**

Dated: September 11, 2006

SUSAN ILLSTON
United States District Judge