Drexel A. Bradshaw (SBN 209584)
Scott A. Freedman (SBN 240872)
Bradshaw & Associates, P.C.
575 Market Street
Twenty-second Floor
San Francisco, CA 94105
Phone: (415) 433-4800
Fax:   (415) 433-4841
drexel@bradshawassociates.com

E-FILING

Attorneys for Plaintiff Aida Menjivar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Aida Menjivar, | CASE NO.: C-06-03086 |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER IN SUPPORT OF REQUEST FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT** |
| vs. | |
| Trophy Properties IV DE LLC, et al., | **Northern District Local Rule 6-2** |
| Defendants. | (No Hearing Requested) |

1. WHEREAS, on or about July 21, 2006, Plaintiff Aida Menjivar filed her First Amended Complaint ("FAC") in the above-captioned action; and

2. WHEREAS, on or about August 10, 2006, Defendants Trophy Properties IV DE, LLC, Trophy Properties V, LLC, CitiApartments Inc., Frank Lembi, Walter Lembi, Andrew Hawkins, Kathryna Leshay, Ernest Aranda, Agi DOE and Dan Molieri filed a Motion to Strike and Motion to Dismiss certain allegations and claims contained in the FAC; and

3. WHEREAS, on or about October 6, 2006, this Court issued an Order re: Defendants' Motion to Dismiss, Motion to Strike and Application for Order Expunging Lis Pendens granting Plaintiff until October 20, 2006 to file a second amended complaint; and

---

- 1 -

*Menjivar v. Trophy Properties, IV DE, LLC. et al. –Joint Stipulation and [Proposed] Order in Support of Request for Extension of Time to File Second Amended Complaint -*
C06-03086

4. WHEREAS, on October 13, 2006, counsel to Plaintiff having requested of counsel to Defendants its agreement to allow for a ten day extension of time of the Court's October 20, 2006 deadline for Plaintiff to file its Second Amended Complaint; and

5. WHEREAS, on October 16, 2006, counsel to Defendants having informed counsel to Plaintiff of its agreement to allow Plaintiff a ten-day extension of time to file its Second Amended Complaint.

IT IS HEREBY STIPULATED AND AGREED by and between all parties, through their respective attorneys, that the Plaintiff shall have until October 30, 2006 to file its Second Amended Complaint in this Action.

Dated: October 16, 2006

BRADSHAW & ASSOCIATES, P.C.

By: _____
Drexel A. Bradshaw
575 Market Street, 22nd Floor
San Francisco, CA 94105
Phone (415) 433-4800
Attorneys for Plaintiff Aida Menjivar

SEDGWICK, DETERT, MORAN & ARNOLD, LLP

By: _____
Kevin Hughey
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Phone (415) 781-7900
Attorneys for Defendants Trophy Properties IV DE, LLC, Trophy Properties V, LLC, CitiApartments, Inc., Frank Lembi, Walter Lembi, Andrew Hawkins, Kathryna Leshay, Ernest Aranda, Agi DOE and Dan Molieri

PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff Aida Menjivar shall be granted until October 30, 2006 to file her Second Amended Complaint.

Dated: October ___, 2006

_____
Susan Illston
United States District Court Judge